# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

RED STICK CRUSHED CONCRETE, LLC

VERSUS

SOUTHLAND TRACE, LLC

NO. 2021 CW 0302

MAY 24, 2021

---

In Re: Red Stick Crushed Concrete, LLC, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 698729.

---

BEFORE: THERIOT, WOLFE, AND HESTER, JJ.

**WRIT DENIED.** A motion to supplement an appeal record is more properly directed to the trial court, in this case the Baton Rouge City Court. See La. Code Civ. P. arts. 2132 & 2088(A)(4).

**MRT**
**EW**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT